IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THOMAS C. WATT, THOMAS WATT, JR., AND
ALYCE M. GREMILLION                                                    PLAINTIFFS

VERSUS                                  CIVIL CASE NO. 1:19-cv-00788-HSO-JCG

ERIC M. DAVIS and
CBSL TRANSPORTATION SERVICES                                           DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL

THIS CAUSE came on for hearing this day upon the Motion of the Plaintiffs, THOMAS C. WATT, THOMAS WATT, JR., AND ALYCE M. GREMILLION, ("Plaintiffs"), and Defendants, ERIC M. DAVIS and CBSL TRANSPORTATION SERVICES, ("Defendants"), for dismissal of this cause of action with prejudice against Defendants. This Court is advised that these parties have agreed to an amicable resolution of this matter. This Court is also advised that the minor portion of said settlement, for Thomas Watt, Jr., has been approved by the Chancery Court of Pearl River County. This Court is further advised that Plaintiffs no longer wishes to pursue this cause of action against Defendants in this action. Thus, this Court finds that the Motion is well taken and should be sustained. It is, therefore,

ORDERED AND ADJUDGED that this cause of action against Eric M. Davis and CBSL Transportation Services, is hereby dismissed with prejudice, with each party to bear its costs of Court.

SO ORDERED AND ADJUDGED this, the 24th day of March, 2021.

_____
DISTRICT COURT JUDGE

1

This Order Prepared by:

*/s/ Nicole M. Harlan*

Nicole M. Harlan, Esq., MB #105412
Douglas Bagwell, Esq., MB#1682
Carr Allison
1319 26th Avenue
Gulfport, MS 39501
Phone: (228)-864-1060
Fax: (228)-864-9160
E-mail: nharlan@carrallison.com
***Attorney for Defendants***

Agreed to in form and substance:

*/s/ Robert L. Deming, III*

Robert L. Deming, III, Esq.
Deming Law Firm, LLC
1908 24th Avenue
Gulfport, MS 39501
Ph:   228-868-8422
Fax:  228-206-0352
E-mail: Robert.Deming@DemingLawFirm.com
***Attorney for Plaintiffs***

2